UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONETTE MILLER** | : | **DOCKET NO. 2:22-CV-05536** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR** |
| **AMERICAN SUMMIT INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Considering the enrollment of counsel for Plaintiff,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #19] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers this 5th day of December, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**